OPINION — AG — THE COUNTY COMMISSIONERS ARE NOT OBLIGATED TO FURNISH TYPING SPACE FOR ABSTRACTORS; HOWEVER, THE COUNTY COMMISSIONERS MAY PROVIDE SUCH FACILITIES AS IN THEIR JUDGEMENT MAY BE NECESSARY OR EXPEDIENT TO EFFECT A MORE EFFICIENT USE OF EXISTING SPACE IN THE COURTHOUSE. CITE: 19 O.S. 1961 401 [19-401], 1 O.S. 1961 10 [1-10], 13 O.S. 1961 4 [13-4], 13 O.S. 1961 5 [13-5], 19 O.S. 1961 339 [19-339] (HARVEY CODY) ** SEE: OPINION NO. 73-231 (1973) **